# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE LEE BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. ALVA, et al.,<br><br>    Defendant(s). | Case No. 1:14-cv-01020-AWI-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SERVICE DOCUMENTS**<br>**(ECF No. 14)** |

Plaintiff Tommie Lee Baker is proceeding pro se and in forma pauperis in this civil rights action filed June 30, 2014 pursuant to 42 U.S.C. § 1983. On September 17, 2014, the undersigned issued Findings and Recommendations that Plaintiff proceed with his failure to protect claim against Defendants Alva, Mendoza, Franco and O'Daniels, that he initiate service on these Defendants and that service documents be issued to Plaintiff.

On September 29, 2014, Plaintiff filed a motion requesting the service documents referenced in the Findings and Recommendations.

On October 29, 2014, the District Judge assigned to this case adopted in full the Findings and Recommendations, ordering initiation of service on Defendants Alva,

1

Mendoza, Franco and O'Daniels, directing the Court Clerk to provide Plaintiff with service documents and denying as moot Plaintiff's September 29, 2014 motion requesting service documents.

Before the Court is Plaintiff's October 31, 2014 motion requesting service documents referenced in the Findings and Recommendations. The October 31, 2014 motion is unnecessary. The October 29, 2014 Order Adopting Findings and Recommendations directed the Clerk to send Plaintiff service documents. The Findings and Recommendations for initiation of service and issuance of service documents became effective upon adoption by the District Judge. (See ECF No. 11 at 8:1-10.)

Accordingly, for the reasons stated, Plaintiff's October 31, 2014 motion requesting service documents (ECF No. 14) is DENIED as moot.

IT IS SO ORDERED.

Dated:   November 7, 2014           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE